In the Matter of DANIEL DEMARCO, on Behalf of Himself and Others Similarly Situated, Respondent, against J. EDWARD CONWAY et al., Constituting the Civil Service Commission of the State of New York et al., Appellants.— Motion for

leave to appeal to the Court of Appeals granted, without costs. The court certifies that in its opinion questions of law have arisen which in the interest of substantial justice should be reviewed by the Court of Appeals. Present — Hill, P. J., Heffernan, Foster, Russell and Deyo, JJ. [See 273 App. Div. 626.]